**FILED**
2/3/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CR

**1:22-CV-00822**
JUDGE ASPEN
MAGISTRATE JUDGE CUMMINGS

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In the Matter of )
) Civil Action No.
Jerome E. Watson, Jr. ) 19 CV 6639
  a.k.a. Lowdown )

### EXECUTIVE COMMITTEE ORDER

On October 11, 2019, an Executive Committee order was entered, restricting the filings of Jerome E. Watson, Jr. Mr. Watson is enjoined from filing any new civil action without first obtaining leave, with the exceptions noted in paragraph 7 of the October 11, 2019 order.

From February through November 2021, Mr. Watson submitted 18 documents to the Executive Committee. (Docket Nos. 12 – 29). At its meeting on February 10, 2022, the Executive Committee reviewed the documents submitted.

IT IS HEREBY ORDERED that Mr. Watson is granted leave to file submissions 12-17. The Clerk of Court shall open a new civil case entitled *Jerome E. Watson, Jr. vs. Illinois Sex Offender Management Board, et al.* Documents 12-17 shall be filed in the new case, using the original filed date that the documents were submitted to the Executive Committee. The Clerk of Court shall also file a copy of this order in the new civil case.

Mr. Watson's motion for attorney representation is granted. The Executive Committee recruits attorney Kenneth N. Flaxman of Kenneth N. Flaxman, P.C., 200 South Michigan Avenue, Suite 201, Chicago, IL, 60604-6107; (312) 427-3200; Email: knf@kenlaw.com to represent Jerome Watson in accordance with counsel's trial bar obligations under Local Rule 83.37 (N.D. IL).

The order entered on October 11, 2019 is continued.

IT IS FURTHER ORDERED that the Clerk shall cause a copy of this order to be mailed to Mr. Jerome E. Watson, Jr., #2019-0517022, Cook County Jail, P.O. Box 089002, Chicago, IL 60608. Such mailing shall be by certified or registered mail, return receipt requested.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 11th day of February, 2022